■ The People of the State of New York, Respondent, v Alameche Henderson, Appellant. [879 NYS2d 804]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on or about September 25, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.

■ Stanley Sperber et al., Appellants, v Sidney Rubell et al., Respondents. [879 NYS2d 715]—Appeal from orders, Supreme Court, New York County (Walter B. Tolub, J.), entered March 17, 2008, and December 15, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.